UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JOSEPH MCMANUS** | **CIVIL ACTION** |
| **VERSUS** | **NO.: 25-1278** |
| **SERGEANT FUNK, et al.** | **SECTION: "G"** |

### ORDER AND REASONS

Before the Court is Defendant Slidell Police Department, Sergeant Joshua Funck, and Captain Nicky Mistretta's (collectively "Defendants") Motion for More Definite Statement.[1] Plaintiff Joseph McManus ("Plaintiff"), proceeding *pro se,* filed a Complaint alleging that Defendants unlawfully disclosed his now deceased father's medical information in violation of Health Insurance Portability Accountability Act ("HIPPA").[2] The motion was set for submission on October 29, 2025. Plaintiff's opposition was due on or before October 21, 2025. To date, Plaintiff has not filed a response to the motion. As such, the motion will be deemed unopposed. Considering the motion, the record, and the applicable law, the Court grants the motion.

### I. Background

On June 29, 2025, Plaintiff, acting *pro se,* filed a Complaint in this Court against Defendants pursuant to 42 U.S.C. § 1983.[3] In the Complaint, Plaintiff alleges that he submitted a request for body camera footage under the Freedom of Information Act ("FOIA").[4] Plaintiff further

---

[1] Rec. Doc. 7.

[2] Rec. Doc. 1.

[3] *Id.*

[4] *Id.* at 7.

1

claims that the body camera footage allegedly portrayed the protected health information of his deceased father in violation of the Health Insurance Portability and Accountability Act ("HIPAA").[5] Plaintiff allegedly made another FOIA request to uncover who edited the body camera footage and was allegedly emailed the names of Sergeant Funck and Captain Mistretta.[6] Thus, Plaintiff alleges that he is bringing this claim on his father's behalf as next of kin, and is seeking one million to three million dollars in damages for the stress caused by the alleged release of his father's protected health information, and food and gas money to get to the court.[7]

On October 10, 2025, Defendants filed the instant Motion for More Definite Statement.[8] To date, Plaintiff has not filed a response to the motion.

## II. Defendants' Arguments in Support of the Motion

Defendants move for the Court to order a more definite statement. Specifically, Defendants claim that the Complaint is "so vague and unintelligible that it does not allow defendants to reasonably prepare a response."[9] Defendants contend that it is not clear from the Complaint what Plaintiff is alleging that Defendants did, and how the alleged actions caused him injury.[10] Defendants further assert that Plaintiff does not explain how Defendants' alleged release of

---

[5] *Id.*

[6] *Id.*

[7] *Id.*

[8] Rec. Doc. 2.

[9] Rec. Doc. 2-1 at 2.

[10] *Id.*

Plaintiff' father's medical information affects him.[11] Thus, Defendants argue that this Court should order Plaintiff to file an amended complaint that "provides more factual detail."[12]

### III. Law and Analysis

Under Federal Rule of Civil Procedure 12(e), "[a] party may move for a more definite statement of a pleading to which a responsive pleading is allowed but which is so vague or ambiguous that the party cannot reasonably prepare a response."[13] The motion must be made before the filing of a responsive pleading and "must point out the defects complained of and the details desired."[14]

After review of the Complaint, the Court finds that the Complaint is vague, conclusory, and fails to provide sufficient factual allegations to enable Defendants to reasonably prepare a response. Specifically, the Complaint does not clearly identify: (1) the specific acts or omissions allegedly committed by each defendant; (2) the date of the alleged disclosures; or (3) the legal basis for any private right of action under HIPPA. Under Rule 12(e), a motion for more definite statement is appropriate when a pleading is "so vague or ambiguous that the party cannot reasonably prepare a response." The Court finds that standard met here.

Accordingly,

---

[11] *Id.*

[12] *Id.*

[13] Fed. R. Civ. P. 12(e).

[14] *Id.*

**IT IS HEREBY ORDERED** that Defendants' Motion for More Definite Statement [15] is **GRANTED.** Plaintiff must file a more definite statement on or before November 21, 2025.

**NEW ORLEANS, LOUISIANA** this ___6th___ day of November, 2025.

*[signature]*
**NANNETTE JOLIVETTE BROWN**
**UNITED STATES DISTRICT JUDGE**

---

[15] Rec. Doc. 7.